IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MILDRED ALLEN**                                                                                           **PLAINTIFF**

v.                                              4:20-CV-01251-BSM

**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

After reviewing the entire record *de novo,* United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 18] is adopted. The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 17th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE