IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MILDRED ALLEN**                                                                                             **PLAINTIFF**

v.                                             4:20-CV-01251-BSM

**SOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE